**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  In the Interest of H.L.W. and S.K.W., Children

Appellate case number:  01-21-00654-CV

Trial court case number:  91619-F

Trial court:  300th District Court of Brazoria County

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **DENIED**.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
 ☐ Acting individually  ☒ Acting for the Court*

Date: December 29, 2022

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Justice Landau not sitting.